IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRYAN CHAMPION, RONNIE DANAGE, JOHN ENGELKE, CURTIS GREEN, MAX MURPHY, and DAVID THOMPSON, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADT SECURITY SERVICES, INC.,<br><br>*Defendant.* | § § § § § § § § § § § § § § § CASE NO. 2:08-CV-417-TJW |

## ORDER

Before the Court is Plaintiffs' Motion for Conditional Certification as a Collective Action. (Dkt. No. 16.) On November 12, 2009, the Court heard oral argument on this motion from both parties. Having considered the facts and arguments presented and the applicable law, the Court hereby DENIES Plaintiffs' Motion.

IT IS SO ORDERED.

SIGNED this 12th day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE